# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 17-1732 DSF (Ex) | Date | 4/20/17 |
|---|---|---|---|
| Title | Emil R. Hartoonian v. Tigris Enterprises, LLC, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order GRANTING Motion to Remand (Dkt. No. 9)

Plaintiff has filed a motion to remand the case. Opposition to the motion was due April 17, 2017. The removing defendant, Johnny Mansour, pro se, has not responded to the motion. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for May 8, 2017 is removed from the Court's calendar.

Plaintiff's arguments with respect to subject matter jurisdiction are not persuasive. The complaint, on its face, states a claim for a violation of federal law. See Pl. Ex. A at 12-13. However, the Court sees no reason to reject Plaintiff's arguments regarding procedural deficiencies in the removal, especially given the lack of opposition.

The motion to remand is GRANTED. The case is remanded to the Superior Court of California, County of Los Angeles. The request for fees is DENIED. The Court has subject matter jurisdiction. The Court finds that an award of fees against a pro se for procedural defects in removal is not warranted in this situation.

IT IS SO ORDERED.